**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2189**

GENEVA B. LIVINGSTON,

              Plaintiff - Appellant,

        v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

              Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., Chief District Judge.  (1:11-cv-00501-WO-JEP)

Submitted:  August 28, 2015          Decided:  September 9, 2015

Before NIEMEYER, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Lee Davis, III, Lumberton, North Carolina, for Appellant.  Ripley Rand, United States Attorney, Greensboro, North Carolina; Sarah Choi, Special Assistant United States Attorney, SOCIAL SECURITY ADMINISTRATION, Boston, Massachusetts, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Geneva B. Livingston appeals the district court's order upholding the Commissioner's denial of Livingston's application for disability benefits and supplemental security income. Our review of the Commissioner's determination is limited to evaluating whether the findings are supported by substantial evidence and whether the correct law was applied. See Mascio v. Colvin, 780 F.3d 632, 634 (4th Cir. 2015). We have thoroughly reviewed the parties' briefs, the administrative record, and the joint appendix, and we discern no reversible error. Accordingly, we affirm the district court's judgment. Livingston v. Colvin, No. 1:11-cv-00501, 2014 WL 4850447 (M.D.N.C. Sept. 29, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED